LENA LEYH, Appellant, *v.* NEWBURGH ELECTRIC RAILWAY COMPANY, Respondent.

*Leyh* v. *Newburgh Electric Ry. Co.,* 41 App. Div. 218, affirmed.
(Argued October 30, 1901; decided November 19, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 6, 1899, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial.

*James C. Cropsey* and *Charles J. Patterson* for appellant.

*Jesse W. Johnson* for respondent.

Order affirmed, and judgment absolute ordered for defendant on the stipulation, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON and WERNER, JJ. Not sitting; CULLEN, J.

---

ORLO R. CLARK, Respondent, *v.* WILLIAM E. DAWSON, Appellant.

*Clark* v. *Dawson,* 51 App. Div. 618, affirmed.
(Argued October 31, 1901; decided November 19, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 16, 1900, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*H. B. Cone* for appellant.

*Edward A. Washburn* and *George Bowen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.